**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Bishop,<br><br>    Plaintiff,<br><br>v.<br><br>William F. Rhode, et al.,<br><br>    Defendants. | No. CV-95-1601-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulated Motion to Temporarily Unseal Document (Dkt. 99), and good cause appearing,

**IT IS HEREBY ORDERED** that the document docketed at No. 95 in the above-captioned case be unsealed in order to provide the ADOC with a copy.

**IT IS FURTHER ORDERED** that upon presentation of this Order to the Clerk of the Court, a copy of the document docketed at No. 95 in the above-captioned case shall be provided to the Assistant Attorney General for the State of Arizona.

DATED this 4th day of August, 2008.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge