**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Stephen Bishop, | ) | No. CV-95-1601-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| William F. Rhode, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Plaintiff's Motion to Declare this Action as "Imminent Danger" (Dkt. 98).  Plaintiff requests that the Court "[d]eclare this an imminent danger complaint."  (Id. at 9.)  The Court will treat this motion as a motion to reopen the case and deny same.  Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's Motion to Declare this Action as "Imminent Danger" (Dkt. 98).

DATED this 11th day of September, 2008.

Stephen M. McNamee
United States District Judge